1  Jason G. Landess, Esq.
   Nevada Bar No. 0288
2  7054 Big Springs Court
   Las Vegas, Nevada 89113
3  Telephone: (702) 232-3918
   Fax: (702) 248-4122
4  Email: jland702@cox.net
   Attorney for Plaintiff Minnie Moore Resources, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MINNIE MOORE RESOURCES, INC., a Nevada corporation, | CASE NO.: 2:18-cv-00086-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT INTERVAL EQUIPMENT SOLUTIONS, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| INTERVAL EQUIPMENT SOLUTIONS, INC., a California corporation, | |
| Defendants. | **First Request** |

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

(First Request)

The parties respectfully submit the following Stipulation to allow Defendant INTERVAL EQUIPMENT SOLUTIONS, INC. ("Defendant") ten additional days from the date of entry of this order to file a responsive pleading to Plaintiff MINNIE MOORE RESOURCES, INC.'s (hereinafter "Plaintiff") Complaint filed on January 16, 2018.

**Reason for this Request**

Plaintiff served its Complaint on Defendant on January 22, 2018. Defendant currently has until Monday, February 12, 2018 to answer or respond to Plaintiff's Complaint. Defendant has requested, and Plaintiff has consented to, an additional ten (10) days to give Defendant ample time to file an Answer or otherwise respond to the Complaint. An additional ten (10) days for Defendant's Answer or

response to Plaintiff's complaint will not alter the date of any event or deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall answer or otherwise respond to Plaintiff's Complaint by Thursday, February 22, 2018.

DATED: February 12, 2018

By: /s/Jason G. Landess
JASON G. LANDESSD, ESQ.
Nevada Bar No. 0288
7054 Big Springs Court
Las Vegas, Nevada 89113
Email: jland702@cox.net
Attorney for Plaintiff Minnie Moore Services, Inc.

DATED: February 12, 2018

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
By

By: /s/ Dylan P. Todd
DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorney for Interval Equipment Solutions, Inc.

**IT IS SO ORDERED:**

_____
**Cam Ferenbach, United States Magistrate Judge**

**DATED:** 2-13-2018 _____