Jason G. Landess, Esq.
Nevada Bar No. 0288
7054 Big Springs Court
Las Vegas, Nevada 89113
Telephone: (702) 232-3918
Fax: (702) 248-4122
Email: jland702@cox.net
Attorney for Plaintiff Minnie Moore Resources, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MINNIE MOORE RESOURCES, INC., a Nevada corporation, | CASE NO.: 2:18-cv-00086-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT INTERVAL EQUIPMENT SOLUTIONS, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| INTERVAL EQUIPMENT SOLUTIONS, INC., a California corporation, | |
| | **Second Request** |
| Defendants. | |
| _____/ | |

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(Second Request)

The parties respectfully submit the following Stipulation to allow Defendant INTERVAL EQUIPMENT SOLUTIONS, INC. ("Defendant") time to file a responsive pleading to Plaintiff MINNIE MOORE RESOURCES, INC. (hereinafter "Plaintiff"). Complaint filed on January 16, 2018.

**Reason for this Request**

Plaintiff served its Complaint on Defendant on January 22, 2018. On February 11, 2018, the parties filed a stipulation to extend the time for response to the Complaint (Dkt. # 1) by ten (10) days from the date of entry of order of the stipulation. (Dkt. # 8). Since that time, additional matters have arisen in discussions between counsel that, if resolved, might significantly alter the direction of this dispute, whether it be to place the matter into alternative dispute resolution or modify the actual claims

at issue. As a result, the parties have agreed to an additional extension of time to allow for these discussions to take place. Defendant's response to the complaint will now be due by **March 5, 2018**.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall answer or otherwise respond to Plaintiff's Complaint by Monday, **March 5, 2018**

DATED: February 22, 2018


By: /s/Jason G. Landess
JASON G. LANDESSD, ESQ.
Nevada Bar No. 0288
7054 Big Springs Court
Las Vegas, Nevada 89113
Email: jland702@cox.net
Attorney for Plaintiff Minnie Moore Services, Inc.

DATED: February 22, 2018

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
By

By: /s/ Dylan P. Todd
DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorney for Interval Equipment Solutions, Inc.

**IT IS SO ORDERED:**

_____
By: _____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** _____2-22-2018_____