Jason G. Landess, Esq.
Nevada Bar No. 0288
7054 Big Springs Court
Las Vegas, Nevada 89113
Telephone: (702) 232-3918
Fax: (702) 248-4122
Email: jland702@cox.net
Attorney for Plaintiff Minnie Moore Resources, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MINNIE MOORE RESOURCES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERVAL EQUIPMENT SOLUTIONS, INC., a California corporation,<br><br>Defendants.<br>_____/ | CASE NO.: 2:18-cv-00086-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT INTERVAL EQUIPMENT SOLUTIONS, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br>**Third Request** |

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(Third Request)

The parties respectfully submit the following Stipulation to allow Defendant INTERVAL EQUIPMENT SOLUTIONS, INC. ("Defendant") time to file a responsive pleading to Plaintiff MINNIE MOORE RESOURCES, INC. (hereinafter "Plaintiff"). Complaint filed on January 16, 2018.

**Reason for this Request**

Plaintiff served its Complaint on Defendant on January 22, 2018. On February 11, 2018, the parties filed a stipulation to extend the time for response to the Complaint (Dkt. # 1) by ten (10) days from the date of entry of order of the stipulation. (Dkt. # 8). Since that time, additional matters have arisen in discussions between counsel that, if resolved, might significantly alter the direction of this dispute, whether it be to place the matter into alternative dispute resolution or modify the actual claims

at issue. The parties submitted a second stip to extend the complaint response deadline to March 5, 2018. The Court issues an Order granting that extension on February 22, 2018 (Dkt. # 11).

The parties have been actively engaged in attempting to resolve key aspects of this litigation. During the course of these discussions, it was discovered that in addition to the exchange of information, a site inspection of the one of the subject pieces of equipment would need to take place. This equipment is located near Boise, Idaho. As a result, the parties believe that conducting this inspection and allowing for a reasonable time to discuss the findings would be appropriate. The inspection is scheduled for March 26, 2018. The parties have therefore stipulated that the new deadline to respond to the complaint is **April 26, 2018**.

### Good Cause and Excusable Negligent

Good cause exists for the granting of the extension, as both parties are engaged in good faith efforts to resolve all possible issues and streamline whatever remaining litigation might need to take place. Obviously, the goal of the parties is to resolve this matter in its entirety without the need for a protracted litigation. The parties are making every effort to do this, and the March 26th site inspection is a crucial factor. The remaining time following the inspection is for the parties to review the results and attempt to come to a resolution.

The deadline for Defendant to file its response was originally March 5th. This stipulation is being served after this deadline due to two specific issues. First, as outlined above it was only recently discovered that an inspection might allow the parties to resolve several critical matters regarding this dispute. It took longer than anticipated to find a time that would work for all parties' schedule. Second, counsel for Defendant was unavailable for several weeks due to a family medical issue. Counsel welcomed his third child on February 6, 2018. However, there have been serious medical complications that have required him to be out of the office to address. Counsel only recently returned earlier this week. As such, it took time to finalize the inspection date and arrange the details so that the parties could provide the information necessary to this Court as to why the third stipulation was requested.

1 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their

2 respective counsel, that Defendant shall answer or otherwise respond to Plaintiff's Complaint by

3 Monday, **April 26, 2018**

4 DATED: March 14, 2018

6 By: /s/Jason G. Landess
JASON G. LANDESSD, ESQ.
7 Nevada Bar No. 0288
7054 Big Springs Court
8 Las Vegas, Nevada 89113
Email: jland702@cox.net
9 Attorney for Plaintiff Minnie Moore Services, Inc.

10 DATED: February 21, 2018

11 McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
12 By

13 By: /s/ Dylan P. Todd
DYLAN P. TODD, ESQ.
14 Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
15 Las Vegas, Nevada 89113
Tel. (702) 949-1100
16 Attorney for Interval Equipment Solutions, Inc.

**IT IS SO ORDERED:**

_____
**By:** _____
**UNITED STATES MAGISTRATE JUDGE**
    3-15-2018
**DATED:** _____