# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| MINNIE MOORE RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTERVAL EQUIPMENT SOLUTIONS, INC., <br><br> Defendant. | 2:18-cv-00086-APG-VCF <br> **ORDER** |

Before the Court is the Stipulation and Order to Extend Time for Defendant Interval Equipment Solutions, Inc. to file a Responsive Pleading to Plaintiff's Complaint (ECF No. 14).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Stipulation and Order to Extend Time for Defendant Interval Equipment Solutions, Inc. to file a Responsive Pleading to Plaintiff's Complaint (ECF No. 14) is scheduled for 3:00 PM, May 7, 2018, in Courtroom 3D.

DATED this 24th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE