Dylan P. Todd
Nevada Bar No. 10456
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101
*dylan.todd@mccormickbarstow.com*

Attorneys for Defendant INTERVAL
EQUIPMENT SOLUTIONS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

****

| | |
|---|---|
| MINNIE MOORE RESOURCES, INC. a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERVAL EQUIPMENT SOLUTIONS, INC., a California corporation,<br><br>Defendant. | Case No. 2:18-cv-00086-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>**(First Request)** |

Defendant INTERVAL EQUIPMENT SOLUTIONS, and Plaintiff MINNIE MOORE RESOURCES, INC., by and through their respective attorneys of record, stipulate and agree, pursuant to an agreement reached on June 20, 2018, as follows:

1. On June 4, 2018, Defendant filed its Motion to Dismiss for Lack of Jurisdiction [ECF No. 18];

2. On June 18, 2018, Plaintiff filed its Response to the Motion to Dismiss [ECF No. 20];

3. Defendant initially had until June 25, 2018 to file its Reply to Plaintiff's Response to the Motion to Dismiss;

4. Due to Defendant's counsel being out-of-state, additional time is needed to file the Reply; therefore, Defendant shall now have up to and including July 2, 2018 to file its Reply to Plaintiff's Response to the Motion to Dismiss; and

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

5. This is the first stipulation to extend the deadline to file the Reply to the Response to the Motion to Dismiss. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 21st day of June, 2018

DATED this 21st day of June, 2018

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: */s/ Jason Landess*
   JASON G. LANDESS, ESQ.
   Nevada Bar No. 0288
   7054 Big Springs Court
   Las Vegas, Nevada 89113
   (702) 232-3918
   Attorney for Plaintiff Minnie Moore
   Resources, Inc.

By: */s/ Dylan Todd*
   DYLAN P. TODD, ESQ.
   Nevada Bar No. 10456
   8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
   Tel. (702) 949-1100
   Attorney for Interval Equipment Solutions, Inc.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 21, 2018.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

2